MICHAEL BAILEY
United States Attorney
District of Arizona

RYAN POWELL
Assistant U.S. Attorney
Arizona State Bar No. 025695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.Powell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>vs.<br><br>Zachary Smith,<br><br>         Defendant. | No. CR-20-08121-PCT-DLR (ESW)<br><br>R E D A C T E D<br><br>I N D I C T M E N T<br><br>VIO:  18 U.S.C. §§ 1153, 2243(a), and 2246<br>(CIR: Sexual Abuse of a Minor)<br>Counts 1 and 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or between May 1, 2016 and September 30, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant ZACHARY SMITH, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than the defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight, and is specifically alleged to have occurred the first time this happened.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246.

**COUNT 2**

On or between May 1, 2016 and September 30, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant ZACHARY SMITH, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than the defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight, and is specifically alleged to have occurred the last time this happened.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246.

A TRUE BILL

S/

_____
FOREPERSON OF THE GRAND JURY
Date: October 27, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

   S/
_____
RYAN POWELL
Assistant U.S. Attorney